# United States Court of Appeals
## For the First Circuit

No. 14-1124

UNITED STATES OF AMERICA,

Appellee,

v.

SAMUEL DIXON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 22, 2015 is amended as follows:

On page 7, line 11, replace second "information" with "informant".